IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ALFONSO TREVINO III,<br><br>    Plaintiff,<br><br>v.<br><br>BILL CLEMENTS UNIT, *et al.*,<br><br>    Defendants. | 2:25-CV-046-Z-BR |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS**

Before the Court are the Findings, Conclusions and Recommendations of the United States Magistrate Judge to dismiss this case in part pursuant to 28 U.S.C. Section 1915(e)(2)(B). ECF No. 12. No objections to the findings, conclusions, and recommendations have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the Findings, Conclusions and Recommendations of the Magistrate Judge are correct.

It is therefore **ORDERED** that the Findings, Conclusions and Recommendations of the Magistrate Judge are **ADOPTED** and the claims against Defendants Bill Clements Unit of the TDCJ and Defendant Marcello Contreras in his official capacity are hereby **DISMISSED without prejudice** for lack of subject-matter jurisdiction. The claims against Defendant Braden Babcock are **DISMISSED with prejudice**.

SO ORDERED.

August 29, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE